UNITED STATES of America, Plaintiff–Appellee,

v.

Kawasi DINGLE, Defendant–Appellant.

No. 12–4432.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Kathy Price Elmore, Orr Elmore & Ervin, LLC, Florence, South Carolina, for Appellant. William N. Nettles, United States Attorney, Alfred W. Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and
SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kawasi Dingle pled guilty to being a
felon in possession of a firearm, in viola-
tion of 18 U.S.C. § 922(g)(1) (2006), and
was sentenced as an armed career criminal
to 180 months of imprisonment. On ap-
peal, Dingle challenges the district court's
determination that his prior South Car-
olina convictions for second degree burgla-
ry, in violation of S.C.Code Ann. § 16–11–
312(A) (2003), were properly qualifying
predicate felonies under 18 U.S.C. § 924(e)
(2006). Because Dingle's argument is
foreclosed by our previous decision in
*United States v. Wright*, 594 F.3d 259 (4th
Cir.2010), we affirm.

In *Wright*, we held that a violation of
S.C.Code Ann. § 16–11–312(A) categorical-
ly qualifies as a predicate offense for pur-
poses of 18 U.S.C. § 924(e) because the
statute tracks the generic definition of bur-
glary promulgated by the United States
Supreme Court. *Wright*, 594 F.3d at 266.
Because one panel of this court may not
overrule another, we conclude that Dingle
was properly sentenced and affirm the dis-
trict court's judgment. *United States v.
Rivers*, 595 F.3d 558, 564 n. 3 (4th Cir.
2010). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*